UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WERIDE CORP., et al.,

    Plaintiffs,

v.

KUN HUANG, et al.,

    Defendants.

Case No. 5:18-cv-07233-EJD

**CASE MANAGEMENT ORDER**

Re: Dkt. No. 163

This case is scheduled for a Case Management Conference on July 11, 2019. Based on the parties' Joint Case Management Statement and proposed schedule, the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall meet and confer further in order to reach an agreement on an ADR process within 10 days of the date of this Order. Within that same timeframe, the parties shall either (1) file the form entitled "Stipulation and (Proposed) order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need for ADR Phone Conference."

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Last Day for Plaintiffs to Seek Leave to Amend Their Trade Secret Identification | December 5, 2019 |
| Joint Trial Setting Conference Statement *(see Section IV(C)(2) of Standing Order for Civil Cases)* | February 18, 2020 |
| Trial Setting Conference *(see Section IV(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on February 27, 2020 |
| Fact Discovery Cutoff | March 26, 2020 |
| Designation of Opening Experts with Reports | April 16, 2020 |
| Designation of Rebuttal Experts with Reports | May 7, 2020 |
| Expert Discovery Cutoff | May 29, 2020 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] *(see Section V of Standing Order for Civil Cases)* | June 11, 2020 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on August 13, 2020 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

**IT IS SO ORDERED**.

Dated: July 2, 2019

EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

Case No.: 5:18-cv-07233-EJD
CASE MANAGEMENT ORDER

2