Yitai Hu (CA Bar No. 248085)
yitai.hu@wsgr.com
Lenny Huang (CA Bar No. 264386)
lenny.huang@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI PC**
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650-493-9300
Facsimile: 650-493-6811

Celine Liu (CA Bar No. 268990)
celine.liu@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI PC**
1700 K Street NW, Fifth Floor
Washington, DC 20006-3814
Telephone: 202-973-8800
Facsimile: 202-973-8899

*Attorneys for Defendant*
*KUN HUANG*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| WERIDE Corp. f/k/a JingChi Corp., WERIDE Inc. f/k/a JingChi Inc., <br><br> Plaintiffs, <br> v. <br><br> JING WANG, an individual, KUN HUANG, an individual, ZHONG ZHI XING TECHNOLOGY CO. LTD. d/b/a ALLRIDE.AI, ALLRIDE.AI INC., <br><br> Defendants. | Case No. 5:18-cv-07233-EJD <br><br> **DEFENDANT KUN HUANG'S UNOPPOSED MOTION TO WITHDRAW COUNSEL** |

1    Pursuant to the Civ. L.R. 7-11 and 11-5, Defendant Kun Huang ("Huang") hereby moves

2    the Court for an order permitting the withdrawal of his counsel of record, Yitai Hu, Lenny

3    Huang, and Celine Liu of Wilson, Sonsini, Goodrich & Rosati PC.  Huang will continue to be

4    represented by Mortimer H. Hartwell and Chao Wang of Vinson & Elkins LLP, who have

5    already filed Notices of Appearance in this action on May 29, 2019.  Huang and Vinson &

6    Elkins LLP consent to the request to withdraw.

7    Counsel for WeRide Corp. f/k/a JingChi Corp. and WeRide Inc. f/k/a JingChi Inc.

8    (collectively, "WeRide"), counsel for Defendants Zhong Zhi Xing Technology Co. Ltd. ("ZZX")

9    and AllRide.AI Inc. ("AllRide"), and counsel for Defendant Jing Wang ("Wang") were informed

10   of the proposed withdrawal and do not oppose the motion.

11   Accordingly, Huang respectfully requests that the Court grant the Proposed Order

12   attached hereto, and that all necessary changes be made to the Court's records and ECF, and that

13   all future communications regarding this case be directed to the Vinson & Elkins attorneys who

14   have made appearance in this action.

15

16   DATED:  July 10, 2019                    Respectfully submitted,

17                                            By: */s/ Yitai Hu*
                                             Yitai Hu (CA Bar No. 248085)
18                                           yitai.hu@wsgr.com
                                             Lenny Huang (CA Bar No. 264386)
19                                           lenny.huang@wsgr.com
                                             **WILSON SONSINI GOODRICH & ROSATI PC**
20                                           650 Page Mill Road
                                             Palo Alto, CA 94304-1050
21                                           Telephone: 650-493-9300
                                             Facsimile: 650-493-6811
22

23                                           Celine Liu (CA Bar No. 268990)
                                             celine.liu@wsgr.com
24                                           **WILSON SONSINI GOODRICH & ROSATI PC**
                                             1700 K Street NW, Fifth Floor
25                                           Washington, DC 20006-3814
                                             Telephone: 202-973-8800
26                                           Facsimile: 202-973-8899

27                                           *Attorneys for Defendant KUN HUANG*

28