QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
William T. Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:     (650) 801-5100

Ryan S. Landes (Bar No. 252642)
ryanlandes@quinnemanuel.com
865 S Figueroa Street
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Plaintiffs WeRide Corp. and WeRide Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WERIDE CORP. f/k/a JingChi Corp.; WERIDE INC. f/k/a JingChi Inc., <br><br> Plaintiff, <br><br> vs. <br><br> JING WANG, an individual, KUN HUANG, an individual, ZHONG ZHI XING TECHNOLOGY CO. LTD., d/b/a ALLRIDE.AI, ALLRIDE.AI INC., <br><br> Defendants. | CASE NO. 5:18-cv-07233-EJD <br><br><br> **NOTICE OF CHANGE IN COUNSEL** |

**NOTICE OF CHANGE IN COUNSEL**

Pursuant to Civil Local Rule 5-1(c)(2)(C), Plaintiffs WeRide Corp. and WeRide Inc. (collectively "WeRide") provide notice that Michael Kang hereby withdraws as counsel of record for WeRide in this action. Mr. Kang was previously admitted to represent WeRide as an attorney for the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for WeRide. Mr. Kang has departed from Quinn Emanuel Urquhart & Sullivan, LLP and is no longer associated with the firm. The other counsel of record from Quinn Emanuel Urquhart & Sullivan, LLP continue to act as counsel of record for WeRide. Accordingly, it is hereby requested that the Court remove Mr. Kang's name and e-mail address from the ECF service list that is on file with the Court in this action.

DATED: August 5, 2019              Respectfully submitted,

                                   QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP


                                   By  /s/ Ryan S. Landes
                                   Claude M. Stern
                                   Ryan S. Landes
                                   William T. Pilon
                                   Michael F. LaFond
                                   Attorneys for Plaintiffs WeRide Corp. and
                                   WeRide Inc.