UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WERIDE Corp. f/k/a JingChi Corp., WERIDE Inc. f/k/a JingChi Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> JING WANG, an individual, KUN HUANG, an individual, ZHONG ZHI XING TECHNOLOGY CO. LTD.. d/b/a ALLRIDE.AI, ALLRIDE.AI INC., KAIZR, INC., ZKA INC., DOES 1-10 <br><br> Defendants. | CASE NO. 5:18-cv-07233-EJD (NC) <br><br> **ORDER GRANTING MOTION REQUESTING LEAVE TO FILE MOTION FOR RECONSIDERATION OF DISCOVERY ORDER** <br><br> **Re: Dkt. No. 295** |

Presented to the Court at Dkt. No. 295 is a motion for protective order or for leave to file a motion for reconsideration of a prior discovery order in this case. Under Civil Local Rule 7-9, finding that there has been a proffer of new material facts, I GRANT leave to file a motion for reconsideration. The motion must be filed by October 4. Response is due October 11. No reply. The motion will be heard October 16 at 1:00 p.m. in San Jose courtroom 5.

IT IS SO ORDERED.

DATE: Oct. 3, 2019

_____
Honorable Nathanael Cousins
United States Magistrate Judge

-1-