1   Kurt A. Kappes (SBN 146384)
    kappesk@gtlaw.com
2   Todd A. Pickles (SBN 215629)
    picklest@gtlaw.com
3   Alicia Intriago (SBN 320102)
    intriagoa@gtlaw.com
4   GREENBERG TRAURIG, LLP
    1201 K Street, Suite 1100
5   Sacramento, CA 95814
    Telephone: (916) 442-1111
6   Facsimile: (916) 448-1709

7   Howard Holderness (SBN 169814)
    holdernessh@gtlaw.com
8   Michael D. Lane (SBN 239517)
    lanemd@gtlaw.com
9   GREENBERG TRAURIG, LLP
    Four Embarcadero Center, Suite 3000
10  San Francisco, California 94111
    Telephone: (415) 655-1300
11  Facsimile: (415) 707-2010

12  Attorneys for Defendants
    ALLRIDE.AI INC. and ZHONG ZHI
13  XING TECHNOLOGY CO. LTD.

14

15

16                     **UNITED STATES DISTRICT COURT**

17          **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

18

19

20  WERIDE CORP. f/k/a JingChi Corp.;              Case No. 5:18-cv-07233-EJD (NC)
    WERIDE INC. f/k/a JingChi Inc.,               **DECLARATION OF MATTHEW OHLMAN
21                                                 IN RESPONSE TO PLAINTIFFS' MOTION
                                                   FOR SANCTIONS**
22          Plaintiff,

23     v.

24  JING WANG, an individual, KUN HUANG,
    and individual, ZHONG ZHI XING
25  TECHNOLOGY CO. LTD. d/b/a ALLRIDE, AI,
    ALLRIDE.AI INC.,
26          Defendants.

27

28

I, Matthew T. Ohlman, hereby declare as follows:

1.      I make this declaration in support of the Opposition of Zhong Zhi Xing Technology Co. Ltd. ("ZZX") and Alride.ai, Inc. ("AllRide") to the Motion by WeRide Corp. and WeRide Inc. (collectively "WeRide") for Sanctions.

2.      I have personal knowledge of the facts stated in this Declaration.  If called as a witness, I could and would testify competently thereto.

## I.      Scope of Engagement

3.      I have been retained by Greenberg Traurig, LLP ("Counsel") on behalf of Zhong Zhi Xing Technology Co. Ltd. and AllRide.AI (collectively "ZZX") to provide my professional opinion, as an independent expert in the field of software engineering, as it applies to the following points:

a.      Has the source code used as of October 22, 2018[1] by ZZX and produced to date in discovery been properly migrated between source code repositories?

b.      Is the source code used as of October 22, 2018 and provided to date by ZZX in discovery also present in subsequent source code repositories that ZZX migrated to?

c.      Does it appear ZZX previously produced in discovery all source code that was present in the ZZX source code repositories as of October 22, 2018?

## II.      Qualifications

4.      I currently serve as the Chief Technology Officer at Shadow Labs, LLC d/b/a Shadow Ventures, located in Atlanta, Georgia.  Shadow Ventures is a venture capital firm which makes investments in software technology companies.  At Shadow Ventures I am responsible for technical due diligence, including reviewing code and technology of companies before they are added to our portfolio, providing technology leadership support to our portfolio, and serving as a stand-in Chief Technology Officer for our portfolio companies from time to time.  Additionally:

- I hold a B.S. in Computer Science with high honors from Georgia Institute of Technology.
- I have performed for-hire software diligence and advisory services, including code reviews, due diligence, and ensuring all source code and software related assets have been properly

---

[1] Throughout this report, unless otherwise specified, October 22, 2018 means October 22, 2018 12:00 AM GMT+8.

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

and completely transferred for dozens of clients.  These engagements have included disputes, pre-investment activities, and mergers and acquisitions.

- I am well versed in multiple programming languages and have personally architected several high-volume software applications throughout my career.

- I have expert knowledge of several Version Control Systems including Git.

- I have held a variety of professional positions where I was responsible for directly creating software, managing software teams and their development processes, and the overall growth and well-being of the software engineering departments.

5.      A complete copy of my resume is attached as Appendix A.

### III.    Compensation

6.      Shadow Labs, LLC is compensated for my time spent on this matter at the rate of $500.00 per hour.  The fees paid are not contingent on the outcome of this matter.  Although I have been retained on behalf of ZZX in this litigation, my opinions in this report are based on an analysis of the evidence I have reviewed, consistent with my role as an independent, third-party expert.  I continue to review materials related to this matter, and I reserve the right to supplement this report based on any additional information obtained or additional work that I may be asked to perform in the future.

### IV.    Summary of Opinions

7.      My opinion on the three points outlined in the Scope of Engagement above are as follows:

a.      ZZX performed four separate source code migrations between various Git repositories between October 2018 and June 2019.  Based on my experience and the materials reviewed, it appears all four migrations properly migrated the source code between source control repositories, and there is a traceable history of the source code moving between the repositories.

b.      Based on the materials I have reviewed to date, it is my opinion that the majority of source code from ZZX's original AWS Repository (and therefore the October 2018 Code produced by ZZX in discovery) has been developed upon and substantially migrated to ZZX's subsequent repositories, namely those in Phabricator and GitLab.  The migration in Phabricator from a mono-repository to smaller multi-repositories had several files not migrated and several files migrated with minor differences.  Based on my understanding of the codebase, however, the differences did not

substantially alter the functionality of the code.  Additionally, based on my experience, it is common for portions of source code within a code base to become irrelevant over time and it would not be unusual for such code to not be migrated during a code repository migration.  The files that were not migrated and the files that had minor differences are plainly available in the old repository for inspection.

c.      Based on the evidence I have reviewed, ZZX has produced all source code present in their source control repositories as of October 22, 2018.  This code was produced in a folder named "allride_dev_201810-uploaded10-02" which I understand to have been made available during discovery. By comparing the Git history and code provided during discovery with corresponding Git history and code currently in ZZX's Git repositories, I was able to compare and confirm the October 2018 Code matches what is stored in ZZX's Git repositories.  Additionally, by analyzing cryptographic Git commit hashes and cross referencing them with emails, I was able to conclude, based on the information provided and my knowledge and experience, that the code in the repository could not have been tampered with after October 22, 2018 11:58 AM GMT+8.  Finally, I have seen no evidence in any of ZZX's Git tools (Git server, Phabricator, and GitLab), provided emails, or other evidence examined as part of this analysis to suggest that there has ever been any effort to tamper with or alter any of the historical record of the source code repositories.

8.      I explain the basis of these opinions in detail below.

### V.    Materials Considered

9.      In order to form the opinions contained in this report, I considered the following materials:

a.      Git source code repositories, including the files in the repository and the Git metadata, provided by ZZX as part of discovery originating from a Git server hosted on Amazon Web Services (AWS).[2]

b.      Shell access to the AWS virtual server that housed the Git repository.[3]

---

[2] See Appendix B for a full list of repositories downloaded from this server.

[3] The full address of this server is git.aws.allride.ai.

c.      Source code repositories, including the files in the repository and the Git metadata, downloaded directly from Phabricator.[4]

d.      Logs and configuration of Phabricator, accessed directly from the Phabricator user interface.[5]

e.      Source code repositories, including the files in the repository and the Git metadata, downloaded directly from GitLab.[6]

f.      Logs and configuration of GitLab, accessed directly from the GitLab user interface.[7]

g.      Phone interviews with ZZX representatives Yahui Lui, Kun Huang, and Gordon Feng conducted on November 4, 2019 and November 13, 2019.

h.      Emails generated by Phabricator, GitLab, Jira, and Jenkins sent to various ZZX software developers between October 22, 2018 and August 22, 2019.

## VI.      Background Information

10.      As I understand the issues in this litigation, WeRide Corp. ("WeRide") has accused ZZX of misappropriating WeRide's trade secrets by inappropriately using WeRide's source code.  Both WeRide and ZZX are technology companies in the business of creating autonomous vehicle software.  It is my understanding during discovery ZZX produced a copy of its source code that ZZX claimed was representative of its full code base as of October 22, 2018 (the "October 2018 Code").  WeRide has disputed the full code base was produced.

## VII.      Overview of ZZX's Version Control Systems

11.      A version control system (VCS) is an integral part of the software development process for any individual or team of software developers and serves as a central datastore for source code.  It is my experience that using a well-defined source control process is integral to effective collaboration

---

[4] See Appendix B for a full list of repositories downloaded from this server.

[5] The URL for the Phabricator user interface is: http://phabricator.aws.allride.ai/.

[6] See Appendix B for a full list of repositories downloaded from this server.

[7] The URL for the GitLab user interface is: https://gitlab.allride-ai.cn/

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

between multiple developers on a team.  VCS also provides important safeguards by tracking each incremental change made to the code (commonly called the history or commit log), so that in case of a mistake the offending code can be quickly identified or reverted.  There are several widely-used VCS tools including Git, Subversion, and Mercurial.  Based on my review, ZZX has utilized Git as their VCS from August 2018 to present.

Git Overview

12.     Git is a popular open source version control system.[8]  To store data in Git, users first create a "repository," which is a logical grouping of related files/source code.  To use a repository, an individual developer will first download the repository from a remote Git server.  They can then make changes to the version of the source code isolated on their computer before creating one or more "commits" containing their changes to their local Git repository.  When the individual developer is ready to make these changes available to other developers and incorporate their code into the main codebase, the developer will "push" their local changes to the remote repository for other developers to download.  However, before the developer can push their changes to the remote repository, they must first "pull" any changes that were pushed to the remote repository by other developers since they last pulled and resolve any conflicts between their new code and the code in the remote repository.  By following this process, each developer can work freely and independently on any file in the codebase, then later merge their changes together.  This process ensures that the remote repository is always a well-defined single source of truth that represents the latest working codebase.

13.     Git was designed to be lightweight and use minimal bandwidth.[9]  To achieve this goal, each commit is recorded in the repository with a unique commit hash.  The commit hash is a cryptographic SHA-1 hash[10] derived from the commit metadata (such as the author, date, parent commit hash, and a message describing the commit, among other data) and another SHA-1 hash generated from every file in the developer's working copy of the repository at the time of the commit.  By using this system of linked

---

[8] See https://git-scm.com for more information.

[9] See https://git-scm.com/about/small-and-fast for more information

[10] See https://nvlpubs.nist.gov/nistpubs/FIPS/NIST.FIPS.180-4.pdf for information about SHA-1

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

commits identified by cryptographic hashes, Git can perform operations by downloading and comparing hashes locally rather than having to constantly transfer all files in the repository back and forth with a remote server.  Because of this design, Git is completely reliant on each commit in the Git history having demonstrable integrity via its cryptographic hash.  According to the Git documentation, it is "impossible to change any file, date, commit message, or any other data in a Git repository without changing the [hash] of everything after it.  This means that if you have a commit [hash], you can be assured not only that your project is exactly the same as when it was committed, but [also] that nothing in its history was changed."[11]

Tools Built on Top of Git

14.     In addition to the base functionality of Git, there are several tools that house Git repositories and add additional features on top of the base Git functionality.  By default, a Git server does not provide any web based graphical user interface or dashboard, so these tools often provide a more user-friendly interface and functionality that makes collaboration easier.  During my review, I identified two tools ZZX used to manage their Git repositories between August 2018 and present, namely Phabricator[12] and GitLab[13].

Code Organization in Git

15.     There are several common approaches a development team can utilize to organize source code within Git.  How the code is ultimately compiled and deployed, the size of the codebase, the number of expected commits to the repository, and the development team's structure, among other factors, are considerations when choosing an approach.

16.     A decision teams often face is deciding if the code should be organized into a larger mono-repository or multiple smaller repositories.  A mono-repository means all code related to a product or company is stored in a single repository, usually organized by a hierarchy of folders.  On the other hand, a multi-repository approach will break up code based on its function or purpose into a series of smaller

---

[11] See https://git-scm.com/about/info-assurance.

[12] Phabricator is an open source tool created by Phacility.  ZZX self-hosted their instance of Phabricator on the AWS cloud.  More information can be found at: https://phacility.com/phabricator/.

[13] GitLab is proprietary, closed source tool.  ZZX self-hosts their instance of GitLab on the Alibaba Cloud.  More information can be found at: https://about.gitlab.com/

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

repositories.  In my experience, there is no industry-standard or widely preferred approach between a mono-repository and multi-repositories.  Instead, the decision is made based on specific circumstances including the complexity of the project, ease of separating the code into distinct segments, how the code is deployed, and developer preference.

ZZX's Code Organization

17.     Based on my review of the source code history and interviews with ZZX developers, ZZX first used a mono-repository approach starting in August 2018, then migrated to a multi-repository approach around March 2019.  This migration is described in detail below.  It is not uncommon for a development team to switch from a mono-repository to multi-repositories (or vice-versa) as their code base evolves.  Such a switch can be complicated, and care must be taken to properly transfer all relevant files to the new repositories.  During such a migration, since the structure of the code within the repositories is changed completely, it is not uncommon for the code to be transferred into clean repositories which cause the previous VCS history to not be included in the migration.

Git Workflows

18.     When using Git there are several common workflows used to manage collaboration between developers effectively.  Development teams can create customized workflows depending on how they want to manage their development process.  For example, some teams require code reviews before new code can be pulled and used by other developers.  There is no rule to dictate how workflows should be set up, instead development teams tailor these processes to their specific needs.  There are, however, some common workflows widely used in the industry.  Tools such as Phabricator and GitLab can help enforce and manage these workflows.

19.     At the core of all Git workflows are "branches."  A branch is a named reference to a single commit (since commits are linked, this means all commits in its ancestry are also "part of" the branch). At any point in time, a user can create a new named branch pointing to any commit in the repository. When developers commit code to a branch, the branch's pointer is updated to point to their latest commit. The default branch in Git is called "master," and most teams use the master branch to signify the latest stable code.

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

20.     ZZX used several different Git workflows as their repositories evolved.  The workflows I identified during my analysis are:

a.      Single branch – The developers worked off the master branch and pushed all commits directly to this branch.  No other branches were used on a day to day basis in the repository.

b.      Feature branches – In this workflow, the developers create a new branch (called a feature branch) for each new feature or bug they worked on.  They then push commits to this branch as needed without having to worry about breaking the code or introducing incomplete code for other developers.  Once the developer feels the feature is complete, they merge their feature branch into master, making it available for other developers to pull.  ZZX also utilizes a code review process in some instances. In Phabricator, code reviews are accomplished with the "Differential" app.[14]  In GitLab, code reviews are done by creating a "pull request."[15]  In both cases, new code would exist in the feature branch until someone approves the code and merges the feature branch into the master branch.  Approval can be done directly within Phabricator and GitLab.

21.     A summary of how these workflows are used within each repository is listed below:

a.      AWS "allride_dev" mono-repository – Single branch

b.      Phabricator "allride-dev" mono-repository – Single branch

c.      Phabricator smaller repositories – Feature branch[16]

d.      GitLab repositories – Feature branch[17]

**VIII.   Source Code Migrations Between ZZX's Repositories**

22.     As outlined above, ZZX used several Git repositories and tools to manage their source code over time.  A high-level timeline outlining the migrations, followed by a detailed analysis of each, is included below:

a.      August 24, 2018: First commit to the AWS allride_dev repository

---

[14] See https://phacility.com/phabricator/differential/ for more information.

[15] See https://docs.gitlab.com/ee/topics/gitlab_flow.html for more information.

[16] While it appears this has generally been the workflow followed, developers could commit directly to the master branch as well.

[17] Ibid.

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

b.     October 10, 2018: Phabricator was set to observe the AWS allride_dev repository. There was a brief period between October 16, 2018 - October 18, 2018 where the repository was not being observed in Phabricator.

c.     January 27, 2019: Stopped Phabricator's observation of the AWS allride_dev repository.  New commits after this point were stored in a Git repository on the Phabricator server only.

d.     February 2019: ZZX migrated the Phabricator server from the AWS US West region to the AWS Japan region.

e.     March 15, 2019: ZZX Split the allride-dev repository into various smaller repositories (multi-repositories) within Phabricator.

f.     June 1, 2019: ZZX migrated repositories to GitLab.

<u>Migration from AWS Mono-Repository to Phabricator Mono-Repository</u>

23.    According to the Git history and my interviews with ZZX developers, ZZX began using their first Git repository, hosted in the Amazon Web Services cloud, on August 24, 2018 (the "AWS Repository").  On October 10, 2018, ZZX set up Phabricator, also hosted in the AWS cloud, to observe the AWS Repository.  By configuring Phabricator to observe the AWS Repository, the AWS Repository still served as the primary store, however, as commits were pushed to it, they were also replicated into a separate Git repository hosted on the Phabricator server (the "Phabricator Repository") and their metadata was logged and stored in a separate database also hosted on the Phabricator server.

24.    According to the Phabricator logs, on October 16, 2018 ZZX turned the Phabricator observation off, then restored it on October 18, 2018. [18]  From October 18, 2018 to January 27, 2019 Phabricator was configured to continuously observe the AWS Repository.

25.    On January 27, 2019, according to Phabricator's logs, ZZX changed the Phabricator configuration to disable the connection between Phabricator and the AWS Repository and instead used the Phabricator Repository directly.  According to ZZX, from this point on developers interacted only with the Phabricator Repository and had no interaction with the AWS Repository.  Since commits were

---

[18] Once observation was restored after being turned off, any commits made to the repository while observation was off would be imported at that time.

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

1   already being replicated in Phabricator, ZZX stated that no additional action was needed to perform this

2   migration other than ensuring developers began using the new repository.[19]

3       26.    To ensure all code from the AWS Repository was also migrated to the Phabricator

4   Repository, I ran a comparison to detect any differences in commit hashes between the two repositories.

5   As stated above, a commit hash is a cryptographic hash composed of various metadata related to the

6   commit and a hash over all files in the repository at the time of the commit.  Any change to the code or

7   metadata in a commit after it was initially created would cause that commit hash, and any commit hashes

8   after it in the repository, to change.  Therefore, comparing commit hashes between the AWS Repository

9   and Phabricator Repository would yield any differences between the code, including differences in the

10  code at the point of each historical commit in either repository.  In order to perform this comparison, I

11  exported all commit hashes from the AWS Repository,[20] then compared them to the commit hashes prior

12  to January 27, 2019 in the Phabricator Repository.[21]  The hash comparison yielded no differences.

13      27.    For completeness, I also used the command line tool "diff"[22] to compare the contents of all

14  files and source code in the last commit in the AWS Repository with the corresponding commit in the

15  Phabricator repository.[23]  The file comparison listed differences only within the stored Git metadata

---

[19] Based on the Phabricator logs, before ZZX officially migrated to the Phabricator Repository, username "gordon" made four test commits in the Phabricator Repository between October 16, 2018 and October 17, 2018.  These commits only contained changes that added what appear to be test lines to the README file and did not add, remove, or modify any source code.  For example, one commit added the text "test 13  gg" to the README.  These commits were subsequently removed from the Phabricator Repository, but can still be accessed (including a detailed comparison of the changes) via the Phabricator user interface by looking at the Push Logs or Commit Audits.

[20] Commit hashes were exported from the "master" branch, which is the only branch present in the repository.  I compared the hashes using the diff program, and retrieved the full export of commit hashes by running the following Git command on the master branch of each repository: git --no-pager log --full-history --format=format:%H

[21] Note that I also ran the "git fsck" command before doing this comparison on both repositories, which recalculates and verifies each commit hash (as well as other objects stored within Git) has integrity.  This command produced no discrepancies on either repository.

[22] This program is part of the GNU Diffutils software package.  I used version 2.8.1 of this tool.  See http://www.gnu.org/software/diffutils/manual/html_node/Comparing-Directories.html#Comparing-Directories for more information.

[23] This commit's hash is 4604eb55713bf018d43b9efe113c6013d5b1a164

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

relating to the remote origin and reference to the remote server's HEAD commit, which is expected.  No differences in the actual code or files within the repository were present.

Migration from Phabricator Mono-Repository to Phabricator Multi-Repositories

28.     On March 15, 2019, ZZX migrated the "allride-dev" mono-repository housed in Phabricator to several smaller Git repositories.[24]  Each new repository was also housed in Phabricator.  According to ZZX, in order to perform the migration, a ZZX developer copied the relevant files for each repository into the corresponding new repository, added appropriate supporting files,[25] then pushed the changes to the new remote Git repository's master branch in Phabricator.  According to ZZX, the new repositories were chosen based on the folder structure of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Based on my experience, this appears to be an appropriate process to perform such a migration.

29.     I have been asked to provide my professional opinion if the code migrated to the multi-repositories has continuity from the prior mono-repository.  Due to pieces of the source code being copied manually into each new repository, the Git commit history did not transfer with this migration.  Therefore, in order to compare continuity between the mono-repository and the smaller repositories, a manual comparison of the files must be performed.  Since ZZX copied code from the mono-repository directly into each of the smaller repositories, the first commit to the master branch of each smaller repository should be substantially the same as the corresponding code in the last commit of the mono-repository.  To test this hypothesis, I ran a comparison using diff to compare the contents of the source code in each directory with their corresponding folder in the mono-repository.

---

[24] During my review, I also noticed several of the Phabricator repositories had what appears to be an attempted migration from the Phabricator mono-repository from November 7, 2018 – November 9, 2018.  There were a series of first commits to those repositories on those days which were subsequently removed during the March 2019 migration.  There were no additional commits between November 9, 2018 and March 2019.  All source code from these first commits is still available in Phabricator via the Push Logs.  I downloaded this code in order to determine its source, and based on my comparison, all the code appears to have been copied from code that existed in the Phabricator "allride-dev" repository at that time.  I have included a more detailed analysis describing my comparison of this code as Appendix D.

[25] Supporting files are README or build files and are listed in the differences below.

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

30. 

31.

32.     Results of the comparison are as follow:

New Files Added to the Smaller Repositories

33.     All of the new repositories had the following files added:

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

34.     In my experience, it is not unusual to include files of this manner to support the new build process as part of the migration from a mono-repository to the multi-repositories.

Differences in Migrated Files

35.     Differences in files between each smaller repository and the corresponding folder in the mono-repository are listed below:

---

[26] See https://conan.io/ for more information.

[27] A symbolic link is a file that serves as a pointer to a different file.

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS



DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

36.     These changes appear to all be related to configuration and/or how the configuration is loaded when the program runs.  If there is any concern about these files as they pertain to trade secrets, the changes can be independently verified by an autonomous driving subject matter expert to ensure they do not substantially change the function of the code as it pertains to trade secrets by looking at the differences using the process I described above to compare the files.  As it pertains to the migration, in my opinion, these changes are not unusual as splitting the code into smaller repositories changes the process for how the code would be compiled and run.  Loading program configuration is an important part of that process.

Files Not Migrated from the Mono-Repository to the Smaller Repositories

37.     Files and directories that were present in the mono-repository but were not migrated to the multi-repositories are listed below:



DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

38.     In my experience, it is not uncommon for old, unused, or duplicated files to not be migrated from a mono-repository to new repositories.  Many of the files listed above appear to be ███████████ ███████████████████████████████ so it is not unusual they were not migrated into the new repositories.  However, I am not a subject matter expert on autonomous vehicles so I cannot speak to their importance as it relates to the trade secrets of the code.  If there is any question about these files, they still exist and are plainly available in the Phabricator "allride-dev" repository and can be independently verified.

## IX.     Migration of Phabricator Server from AWS US to AWS Japan

39.     According to ZZX, around February 2019 they migrated the AWS EC2 instance that a Phabricator runs on from an AWS United States region to an AWS Japan region in order to improve performance for their developers located in China.[28]  To migrate the server, ZZX explained that they created an image of the server in AWS, then created a new EC2 instance in the Japan AWS region using this image.  After the server was created, ZZX changed the DNS entry for Phabricator to point to the new server and turned off the old EC2 instance in Amazon.  In my experience, this is the most practical way to perform such a migration.

40.     As I understand it, to restore the US based Phabricator server ZZX must change the DNS entry for Phabricator to point to the server after it is restored.[29]  Since there are active discovery activities occurring on the Phabricator Japan server, this has not been possible to do without a disruption to discovery.  Therefore, I have not yet been able to examine any data on the Phabricator US server.  After the server is restored, I reserve the right to amend this report if there are any additional findings that are relevant to my analysis.

## X.     Migration from Phabricator Multi-Repositories to GitLab Multi-Repositories

41.     According to ZZX, the migration from the multi-repositories in Phabricator to GitLab was accomplished by uploading the full repository (including the Git history) to GitLab, therefore preserving all historical activity in Git.  According to the ZZX developers, around June 1, 2019, developers imported

---

[28] EC2 is a way to create virtual servers running in the AWS cloud.  More information can be found at: https://aws.amazon.com/ec2.

[29] This DNS entry is: phabricator.aws.allride.ai.

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

the data from the following Phabricator repositories into corresponding GitLab repositories.  The table below shows the name of each of the repositories created from the October 2018 Code that were migrated from Phabricator, the corresponding GitLab repository, and the last commit hash from the master branch in Phabricator that would have been migrated to GitLab.



42.     For each of these repositories, I verified that the full repository was migrated by comparing the full list of commit hashes for each repository's master branch.[30]  In each instance, the commit hashes matched exactly.  As explained above, a matching commit hash means the code in the repository at the time of the commit in the original repository matches the source code in the migrated commit.

---

[30] I compared the hashes using the diff program, and retrieved the full export of commit hashes by running the following Git command on the master branch of each repository: git --no-pager log --full-history --format=format:%H.

43.     I also used diff to compare the actual contents of the source code files as of the last commit in Phabricator and the corresponding first commit in each new repository.  This comparison yielded no differences outside of expected Git metadata differences.

44.     In addition to the repositories listed above, which pertain directly to how the October 2018 Code has been migrated over time, I performed a similar analysis for all additional Phabricator repositories.  Since those repositories are not the primary subject of this report, I included their analysis as Appendix E.

## XI.     Determining if the October 2018 Code provided by ZZX is complete

45.     I have been asked to provide my professional opinion if the October 2018 Code provided by ZZX during discovery is representative of the entire codebase in their Git repository as of October 22, 2018.

46.     I saw two repositories that were in existence as of October 22, 2018.  The allride_dev repository on the AWS Git server, and a repository hosted in Phabricator called "HELLOWORLD."  The HELLOWORLD repository appears to be for training new developers on Git and Phabricator and contains no actual source code.  For the purpose of this analysis, I am not considering this repository as it is clearly irrelevant.

47.     The October 2018 Code was provided to me in a folder named "allride_dev_201810-uploaded10-02".  I downloaded this code from a secure file transfer system provided to me by Counsel.

Understanding the State of the Code Provided

48.     Running the "git status" command in the root directory shows any changes, additions, or deletions in the local directory as compared to committed changes.[31]  The git status command shows that changes in the working directory are all .DS_Store files.[32]  These files are automatically generated by the

---

[31] See https://git-scm.com/docs/git-status for more information.

[32] I also noticed that many files were marked as modified due to their file system permission being different.  Due to differences in operating systems, it is possible for file permissions to be affected when transferring files outside of Git (see: https://git-scm.com/docs/git-config/#Documentation/git-config.txt-corefileMode).  File permissions are not relevant to this review and, in my opinion, would not have any impact on the functionality of the code.  Since file permissions are not relevant, I turned off file permission checking on my system by running command: git config core.filemode false

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

1    Mac OSX operating system, and in my opinion would have no impact on the code, so they can safely be
2    ignored.

3          49.      The "git status" command also shows the October 2018 Code has 84 additional commits
4    that are not currently present in the working directory but do exist in the remote repository.  As I
5    understand it, this is because ZZX attempted to provide only the code up to October 22, 2018, and in order
6    to do so they put the local copy of the Git repository back to that point in time before providing it.

7          50.      I also ran the "git fsck" command on the repository.[33]  This command verifies the integrity
8    of each hash (including commit hashes) stored in the Git database.  The results of the command returned
9    no abnormalities.

10         Evaluation

11         51.      In order to verify if the October 2018 Code matches what is present in the remote source
12   control repository as of October 22, 2018, I downloaded a copy of the source code repository directly from
13   the AWS Repository using Git.  By running the "git log" command in this downloaded repository, Git
14   provides a list of commits made to the repository in chronological order.  From this log, I found the last
15   commit before October 22, 2018.[34]  In order to see the code as it existed in the repository as of October
16   22, 2018, I rolled my local copy of the repository back to this commit,[35] then compared the contents of all
17   files with the October 2018 Code.

18         52.      To perform the comparison, I used the "diff" command line program.[36]  The comparison
19   produced 16 total differences.  The full output of the command is included as Appendix C.  Of the
20   differences, 8 are differences in .DS_Store files.  As described above, .DS_Store files are not relevant to
21   the comparison of the source code.  The remaining differences are all in Git metadata within the ".git"
22   folders relating to the remote repository (such as the URL and the last commit in the server).  Since the

---

[33] See https://git-scm.com/docs/git-fsck.

[34] ███████████████████████████████████████████████████████████████████

[35] I performed the rollback using command: git checkout
e2fbd821ce708da0121007065014779a7898cbd1.

[36] I invoked diff using the "-rq" flags.  The "r" flag will search recursively through the directories,
examining each subdirectory.  The "q" flag will cause the program to only output files or folders that are
different.

CASE NO.  5:18-cv-07233-EJD (NC)
DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

two versions of the code were downloaded from Git separately and at different times, these differences are expected in the metadata files.  Additionally, for the purposes of comparing the actual contents of the source code in this manner, this Git metadata can be ignored.  When the code itself is compiled and runs, Git metadata is not present and would not be necessary to compile the code into a working product.  Based on this comparison, it is clear that the October 2018 Code matches what is currently stored in the Git repository.

### XII.    Determining if the October 2018 Code has been tampered with

53.    I have been asked to provide my professional opinion if the code currently in ZZX's Source Code repositories has been tampered with to make it different from what was stored in the repositories as of October 22, 2018.

54.    As explained above, Git uses cryptographic hashes derived from file contents and commit metadata to ensure integrity.  At any given time, a commit hash's integrity can be verified by independently running the algorithm to regenerate each hash and ensuring it matches what is stored in the repository.[37]  According to the Git documentation, the use of a cryptographic hash "means it's impossible to change the contents of any file or directory without Git knowing about it."[38]  Git does, however, provide commands that allow a user to "rewrite history."[39]  By rewriting history, a user could drop a commit, change the source code included in the commit, or change a commit message, among other actions.[40]

55.    When Git history is rewritten, that rewrite affects the contents of the source code and/or the commit metadata, thereby causing the modified commit to require a new commit hash.  Furthermore, since part of the input to generate a commit hash is the parent commit hash(es), a modification of any

---

[37] Git provides a command line utility named "git-fsck" that can be run to verify hashes.  See: https://git-scm.com/docs/git-fsck.

[38] See https://www.git-scm.com/book/en/v2/Getting-Started-What-is-Git%3F.

[39] See https://git-scm.com/book/en/v2/Git-Tools-Rewriting-History.

[40] There are reasons why a Git user would rewrite history that are not malicious.  For example, if a password was accidently pushed to a remote repository, history could be rewritten to remove the password from the database entirely.  More commonly, if using a feature branch methodology, a developer could occasionally rebase their feature branch against the mainline branch to pull in the latest changes.  Doing so results in a history rewrite on the particular feature branch and requires a force push to the remote repository.

1    single commit would also cause all commit hashes after the modified commit to be regenerated to reflect

2    the updates and maintain the repository's integrity.  As explained previously, according to the Git

3    documentation "[t]his means that if you have a commit [hash], you can be assured not only that your

4    project is exactly the same as when it was committed, but [also] that nothing in its history was changed."[41]

5         56.     Therefore, by cross referencing any commit hash in the delivered code repository with a

6    verifiable and timestamped external source (such as an email), it can be concluded the cross referenced

7    commit and all commits before it in its ancestry existed as of the external timestamp with the same commit

8    metadata and source code as it currently exists in the Git repository.

9         57.     In order to verify the October 2018 Code provided was not tampered with after October

10   22, 2018, I requested Counsel provide me any emails on ZZX's servers generated by Phabricator.  From

11   those emails, I found the first email after October 22, 2018 that contained any part of a commit hash.  The

12   first email found was a system generated notification from Phabricator detailing a commit with

13   abbreviated commit hash 6e97e990e79b sent to Kun Huang dated October 22, 2018 11:58 AM GMT+8.

14        58.     Since this email contains the commit hash, and that commit hash currently exists in the

15   repository, [42] this guarantees that no rewrite to the Git repository's history that changed the source code

16   or metadata of this commit or any commit made before it was made on or after the date of the email,

17   October 22, 2018 11:58 AM GMT+8.

18                      **XIII.   Determining if subsequent code has been tampered with**

19                      By Examining Email

20        59.     The procedure of cross-referencing hashes found in verifiable emails with commit hashes

21   in any of the repositories can be applied to subsequent commits as well.  Any commit hash present in an

22   email (or other timestamped, reliable source) can be cross referenced with the repository history.  As

23   explained above, since commit hashes are cryptographically generated from commit metadata and the

24   source code at the time of the commit in order to provide integrity to the Git repository, the presence of a

---

[41] See https://git-scm.com/about/info-assurance.

[42] ███████████████████████████████████████████████████████████████████

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

cross referenced commit hash means the commit and its related code existed in the repository as of the date of the email.

60.     As part of my analysis, I examined a number of ZZX's emails provided to me by counsel in order to find commit hashes.  Not all commits are represented in the subset of emails I was provided, and I understand that there may be additional emails I do not have access to.  Of the 5,744 emails examined, I found 209 relevant and unique commit hashes.[43]

61.     Of the 209 commit hashes, 154 of them exist as a current commit in an active branch in one or more repositories.  Again, the externally referenced commit hashes cross referenced with actual commits currently in a repository mean the contents of the repository for that commit and any commit in its ancestry has not been modified after the date of the email.

62.     The remaining 55 commits are not present in an active branch, but all are available in the Phabricator or GitLab historical logs.  The presence of a commit hash in an email that cannot be cross referenced in an active branch within a repository could have several explanations, such as the commit (or a commit before it) was altered during a history rewrite, the commit was "rebased" after it was initially committed,[44] or the commit was part of a branch that was deleted from the repository (for example by closing a pull request in GitLab and not merging the code into the master branch).[45]  I found no commit hashes in any of the emails I examined that referenced commits that cannot be viewed either directly in the repository, Phabricator, or GitLab.

By Refencing Phabricator Logs

63.     Phabricator permanently stores commits pushed to a Git repository observed or hosted in Phabricator (including any commits that were subsequently changed via a history rewrite) in a database

---

[43] In order to find commit hashes, I focused on finding emails with any partial commit hash from the repositories pertinent to the October 2018 Code, namely: in AWS allride_dev; in Phabricator allride-dev, common, ctrl, drv, loc, map, oth, perc, plan, product, msgs, and simu; and in GitLab common, ctrl, loc, map, oth, perc, plan, sensor_driver, ros, simulation, and msgs.

[44] Rebasing is a process in Git in which a branch's commits are replayed on top of other commits in order to include those other commits in the branch.  Since this process changes the parent commit hash of the replayed commits, their commit hash must also change.

[45] It is common for commits submitted as part of pull requests in GitLab to be rebased (and hence rewritten) before merging.  In case the commits in a Pull Request cannot be merged cleanly, GitLab's user interface will allow the user to rebase the branch against the branch it is being merged into.

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

separate from the Git repository.  All commits, including those that have been rewritten, can be found in the following locations in Phabricator:

- Push Logs – Each time a push occurs directly to a hosted Phabricator repository, the timestamp of the push, all commits included in the push, and the code changes in the commit are recorded in the Phabricator database at the time of the commit.  Since this information is stored separately from the Git repository, a history rewrite to the Git repository would not affect this database, and the record of the commits prior to the history rewrite (including the ability to view the full set of changes) would still be available in Phabricator.

- Audits – Each time a new commit is pushed to a permanent ref in the repository (such as a branch, and including repositories observed or hosted in Phabricator), an entry is created in the Phabricator database at the time of the commit.  Since this information is stored separately from the Git repository, a history rewrite to the Git repository would not affect this database, and the record of the commits prior to the history rewrite (including the ability to view the full set of changes) would be available in Phabricator.[46]

- Differential – When pushing commits to Phabricator directly, users can choose to create a "Differential" entry, which allows for another user to review, comment on, or approve their code before it becomes generally available to all other developers.  If they create a differential from any commit(s), a separate entry is written to the Phabricator database.  Those commits are still available to view in Phabricator even if those commits are rewritten.[47]

- Feed – Each commit pushed to any permanent ref in the repository (such as a branch, and including repositories hosted or observed in Phabricator) also get an entry generated in the Phabricator Feed application at the time of the commit.  The Feed shows all commits, including those that have been rewritten.[48]

---

[46] See https://secure.phabricator.com/book/phabricator/article/diffusion_permanent/ for more information.

[47] See https://secure.phabricator.com/book/phabricator/article/differential/ for more information

[48] See https://secure.phabricator.com/book/phabricator/article/diffusion_permanent/ for more information.

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

64.     In order to rewrite history of the repository and cause that history rewrite to not be detectable in any of the aforementioned locations within the Phabricator user interface, someone with direct access to the Phabricator server or Phabricator database would have to intentionally modify the Phabricator database via command line or database scripts to remove all references to the old commits. This effort would include dropping data, updating parent commit hashes, and modifying timestamps, commit messages, stored files, and other data to exactly match what is present across the repositories. Additionally, removing large portions of code via a history rewrite and retaining a working and coherent codebase while also modifying Git metadata to match an artificial narrative is not trivial.  In my opinion, while it is theoretically possible to achieve all of this without leaving any trace of evidence or anomalies in the data, it would take a significant effort.  Even rewriting just one commit (a history rewrite almost always affects more than one commit) across two repositories and a tool such as Phabricator or GitLab could require synchronizing and modifying dozens of different data points, if not more.  I have seen no evidence, discrepancies, or anomalies while examining the materials in this case to suggest that any such modifications have occurred.

## XIV.   Conclusion

65.     Based on the evidence reviewed and my knowledge and experience, I have reached the following opinions in this matter:

a.     The October 2018 Code provided by ZZX during discovery matches what is stored historically in ZZX's Git repository, and the October 2018 Code stored in the repository could not have been tampered with or otherwise altered after October 22, 2018 11:58 AM GMT+8.

b.     There have been four migrations between ZZX's source control repositories to date. All four migrations properly migrated the source code and there is a traceable record of the source code between migrations.

c.     The source code from ZZX's original AWS Repository and the October 2018 Code provided by ZZX has been developed upon over time and has been substantially migrated to subsequent repositories.

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS

1           d.     I have seen no indication of any missing source code history, metadata, or

2      anomalies in data in any of ZZX's Git related tools (Git, Phabricator, and GitLab) to suggest anyone

3      intentionally tampered with ZZX's source code repositories.

4

5           I declare under penalty of perjury under the laws of the United States that the foregoing is true and

6      correct. Executed on November 22, 2019, in Atlanta, Georgia.

7

8

9           Matthew T. Ohlman

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MATTHEW T. OHLMAN IN RESPONSE TO MOTION FOR SANCTIONS