UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WERIDE Corp. f/k/a JingChi Corp., WERIDE Inc. f/k/a JingChi Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>JING WANG, and others,<br><br>Defendants. | CASE NO. 18-cv-07233-EJD (NC)<br><br>**ORDER ADOPTING DISCOVERY SPECIAL MASTER'S RECOMMENDED ORDERS NOS. 4 AND 5**<br><br>**Re: ECF 363, 364** |

Martin Quinn is the appointed discovery Special Master in this case. ECF 266, 273. Under the terms of the order appointing Special Master Quinn, a party may file objection to, or a motion to adopt or modify, any order, report, or recommendation issued by the Special Master, within three business days of issuance. ECF 266 at Section II(12).

The Special Master has issued two new recommended discovery orders, No. 4 at ECF 363 and No. 5 at ECF 364. I have reviewed each of these recommended Orders, and find them to be well-reasoned, complete, and fair. No objections have been filed and more than three business days have passed. I therefore ADOPT each of the Special Master's recommended Orders.

**IT IS SO ORDERED.**

Dated: December 20, 2019

NATHANAEL M. COUSINS
United States Magistrate Judge