| | |
|---|---|
| 1 | Kurt A. Kappes (SBN 146384) |
| | kappesk@gtlaw.com |
| 2 | Todd A. Pickles (SBN 215629) |
| | picklest@gtlaw.com |
| 3 | Lupe R. Laguna (SBN 307156) |
| | lagunal@gtlaw.com |
| 4 | GREENBERG TRAURIG, LLP |
| | 1201 K Street, Suite 1100 |
| 5 | Sacramento, CA 95814 |
| | Telephone: (916) 442-1111 |
| 6 | Facsimile: (916) 448-1709 |
| 7 | Howard Holderness (SBN 169814) |
| | holdernessh@gtlaw.com |
| 8 | Michael D. Lane (SBN 239517) |
| | lanemd@gtlaw.com |
| 9 | GREENBERG TRAURIG, LLP |
| | Four Embarcadero Center, Suite 3000 |
| 10 | San Francisco, California 94111 |
| | Telephone: (415) 655-1300 |
| 11 | Facsimile: (415) 707-2010 |
| 12 | Attorneys for Defendants |
| | ALLRIDE.AI INC. and ZHONG ZHI |
| 13 | XING TECHNOLOGY CO. LTD. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| WERIDE CORP. f/k/a JingChi Corp.; WERIDE INC. f/k/a JingChi Inc., | Case No. 5:18-cv-07233-EJD (NC) |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ALICIA R. INTRIAGO AS COUNSEL FOR DEFENDANTS ZHONG ZHI XING TECHNOLOGY CO. LTD. AND ALLRIDE.AI INC.** |
| v. | |
| JING WANG, an individual, KUN HUANG, and individual, ZHONG ZHI XING TECHNOLOGY CO. LTD. d/b/a ALLRIDE, AI, ALLRIDE.AI INC., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Alicia R. Intriago is withdrawing as counsel for Defendants, ALLRIDE.AI INC. and ZHONG ZHI XING TECHNOLOGY CO. LTD. in the above captioned action, and will no longer be affiliated with the law firm of Greenberg Traurig, LLP, as of March 5, 2020. It is further requested that Alicia R. Intriago's name be removed from any applicable service list and that the Clerk terminate all delivery of all CM/ECF notices addressed to intriagoa@gtlaw.com in the above captioned case.

Withdrawal of counsel will not cause any prejudice to ALLRIDE.AI INC. and ZHONG ZHI XING TECHNOLOGY CO. LTD as they will continue to be represented by Kurt A. Kappes and others at the law firm Greenberg Traurig, LLP.

.

Respectfully submitted,

DATED: March 5, 2020

GREENBERG TRAURIG, LLP

By: */s/ Kurt A. Kappes*
Kurt A. Kappes
Howard Holderness
Michael D. Lane
Todd A. Pickles
Lupe Laguna

Attorneys for Defendants
ALLRIDE.AI INC. and ZHONG ZHI XING TECHNOLOGY CO. LTD.