QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  William T. Pilon (Bar No. 326487)
  williampilon@quinnemanuel.com
  Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  Ryan S. Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
865 S Figueroa Street
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Attorneys for Plaintiffs WeRide Corp. and WeRide Inc.*

VINSON & ELKINS LLP
  Mortimer H. Hartwell (CSB 154556)
  Email: mhartwell@velaw.com
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Attorneys for Defendant Kun Huang and Proposed Defendant ZKA, Inc.*

Kurt A. Kappes  (CA Bar No. 146384)
kappesk@gtlaw.com
Howard Holderness (CA Bar No. 169814)
holdernessh@gtlaw.com
Michael D. Lane (CA Bar No. 239517)
lanemd@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

*Attorneys for Defendants AllRide.AI, Inc. and Zhong Zhi Xing Technology CO. LTD. d/b/a AllRide.AI, AllRide.AI Inc.*

Gregory Gilchrist
ggilchrist@kilpatricktownsend.com
(State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
Mehrnaz Boroumand Smith (State Bar No. 197271)
mboroumand@kilpatricktownsend.com
Susan W. Pangborn (State Bar No. 282533)
spangborn@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 273-7564
Facsimile: (415) 723-7216
*Attorneys for Defendant Jing Wang and Kaizr, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WERIDE Corp. f/k/a JingChi Corp., WERIDE Inc. f/k/a JingChi Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>JING WANG, an individual, KUN HUANG, an individual, ZHONG ZHI XING TECHNOLOGY CO. LTD.. d/b/a ALLRIDE.AI, ALLRIDE.AI INC., KAIZR, INC., ZKA INC., DOES 1-10<br><br>Defendants. | Case No.: 5:18-cv-07233-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REDACTIONS TO THE COURT'S ORDER GRANTING THE WERIDE PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS (DKT. 469)** |

Pursuant to the Court's Order filed in the instant litigation at Docket Entry 469, WeRide Corp., WeRide Inc., Kun Huang, Jing Wang, Zhong Zhi Xing Technology Co. Ltd. d/b/a AllRide.AI, AllRide.AI Inc., Kaizr Inc., and ZKA Inc., by and through their respective counsel, hereby stipulate as follows.

WHEREAS, on April 16, 2019, the Court entered an Order granting WeRide's Motion for Terminating Sanctions against Kun Huang, Jing Wang, Zhong Zhi Xing Technology Co. Ltd. d/b/a AllRide.AI, and AllRide.AI Inc., which Order was filed under seal at Docket Entry 469 in the instant litigation (the "Terminating Sanctions Order");

WHEREAS, the Terminating Sanctions Order further directed the Parties to "provide the Court a stipulated redacted version of the Order, redacting only those portions of the order containing or referring to material subject to a sealing order and for which the Parties still request the material be sealed";

WHEREAS, counsel for the Parties have met and conferred, and are hereby submitting a stipulated redacted version of the Terminating Sanctions Order, attached hereto as **Exhibit A**;

NOW THEREFORE, it is hereby stipulated and agreed that the redacted version of the Terminating Sanctions Order attached as Exhibit A to this stipulation may be filed publicly on the Court's docket.

Respectfully submitted,
Dated:  April 23, 2020

 /s/ Michael F. LaFond

Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
William T. Pilon (Bar No. 326487)
williampilon@quinnemanuel.com
Michael F. LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Ryan Landes (Bar No. 252642)
ryanlandes@quinnemanuel.com
865 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff WeRide Corp. and WeRide Inc.*

 /s/ Mortimer H. Hartwell

VINSON & ELKINS LLP
  Mortimer H. Hartwell (CSB 154556)
  Email: mhartwell@velaw.com
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Attorneys for Defendant Kun Huang and Proposed Defendant ZKA, Inc.*


 /s/ Mehrnaz Boroumand Smith
Gregory Gilchrist (State Bar No. 111536)
ggilchrist@kilpatricktownsend.com
Mehrnaz Boroumand Smith (State Bar No. 197271)
mboroumand@kilpatricktownsend.com
Susan W. Pangborn (State Bar No. 282533)
spangborn@kilpatricktownsend.com
Gregory P. Farnham (State Bar No. 118184)
gfarnham@kilpatricktownsend.com
Taylor J. Pfingst (State Bar No. 316516)
tpfingst@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 273-7564
Facsimile: (415) 723-7216

*Attorney for Defendant Jing Wang and Kaizr Inc.*

|   |   |
|---|---|
| 1 | |
| 2 |    */s/ Michael D. Lane*<br>Kurt A. Kappes (CA Bar No. SBN 146384)<br>kappesk@gtlaw.com<br>Howard Holderness (SBN 169814)<br>holdernessh@gtlaw.com<br>Michael D. Lane (SBN 239517)<br>lanemd@gtlaw.com<br>GREENBERG TAURIG, LLP<br>1201 K Street, Suite 1100<br>Sacramento, CA 95814-3938<br>Telephone: (916) 442-1111<br>Facsimile: (916) 448-1709 |

       /s/ Michael D. Lane
Kurt A. Kappes  (CA Bar No. SBN 146384)
kappesk@gtlaw.com
Howard Holderness (SBN 169814)
holdernessh@gtlaw.com
Michael D. Lane (SBN 239517)
lanemd@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

*Attorneys for Defendants AllRide.AI, Inc. and specially appearing Zhong Zhi Xing Technology CO. LTD. d/b/a AllRide.AI, AllRide.AI Inc.*

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

           */s/ Michael F. LaFond*
           Michael F. LaFond

1                                [PROPOSED] **ORDER**

2   PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

4   Dated:   April 24, 2020

                                        Hon. Edward J. Davila, United States District Judge