UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WERIDE Corp. f/k/a JingChi Corp., WERIDE Inc. f/k/a JingChi Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>JING WANG, and others,<br><br>Defendants. | CASE NO. 18-cv-07233-EJD (NC)<br><br>**ORDER TO SHOW CAUSE AS TO WHY COURT SHOULD NOT CONCLUDE SERVICES OF FORENSIC NEUTRAL AND DISCOVERY SPECIAL MASTER** |

This Court appointed Martin Quinn as the discovery Special Master in this case and FTI as the forensic neutral. ECF 266, 273. In light of the terminating sanction ordered by District Court Judge Edward J. Davila (ECF 477), it appears the services of Master Quinn and FTI in this case are no longer needed. The parties by April 30 must file a response if there is any reason to continue the services of Master Quinn and FTI. The Court retains jurisdiction to enforce the collection of any fees and costs due to Master Quinn and FTI.

The Court thanks Master Quinn and FTI for their service to the parties and the Court in this case.

IT IS SO ORDERED.

DATED: April 27, 2020

Honorable Nathanael Cousins
United States Magistrate Judge