1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Claude M. Stern (Bar No. 96737)
2   claudestern@quinnemanuel.com
    William T. Pilon (Bar No. 326487)
3   williampilon@quinnemanuel.com
    Michael F. LaFond (Bar No. 303131)
4   michaellafond@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
5  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
6  Facsimile:    (650) 801-5100

7   Ryan S. Landes (Bar No. 252642)
    ryanlandes@quinnemanuel.com
8  865 S Figueroa Street
   Los Angeles, California 90017
9  Telephone:    (213) 443-3000
   Facsimile:    (213) 443-3100
10
   *Attorneys for Plaintiffs WeRide Corp. and*
11 *WeRide Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| WERIDE CORP. f/k/a JingChi Corp,;<br>WERIDE INC. f/k/a JingChi Inc., | CASE NO. 5:18-cv-07233-EJD |
|---|---|
| Plaintiff,<br><br>vs.<br><br>JING WANG, an individual, KUN HUANG, an individual, ZHONG ZHI XING TECHNOLOGY CO. LTD.. d/b/a ALLRIDE.AI, ALLRIDE.AI INC.,<br><br>Defendant. | **DECLARATION OF MICHAEL LAFOND FILED IN SUPPORT OF THE RESPONSE OF THE WERIDE PLAINTIFFS TO ZZX'S APRIL 30, 2020 FILING REGARDING THE SPECIAL MASTER AND FORENSIC NEUTRAL** |

Case No. 5:18-cv-07233-EJD
DECLARATION OF MICHAEL LAFOND

I, Michael LaFond, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for plaintiffs WeRide Corp. and WeRide Inc. (collectively "WeRide"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters.

2. I have been counsel of record for WeRide in the above captioned litigation since it was first filed on November 29, 2018. *See* Dkt. 8 ("Notice of Appearance of Michael LaFond"). I am familiar with, and have participated in, the Special Master and Forensic Neutral proceedings that took place in this litigation. *See* Dkt. 266 (Order Appointing Special Master and Forensic Neutral).

3. **Exhibit A** to this declaration is a true and correct copy of the last four emails in an email chain that included WeRide's counsel, defendant Zhong Zhi Xing Technology Co. Ltd.'s ("ZZX's") counsel, the Forensic Neutral ("FTI"), and Special Master Martin Quinn. As demonstrated in this email chain, on March 25, 2020, FTI asked ZZX to provide it with certain software version information in order to facilitate a source code analysis. ZZX's counsel, Todd Pickles, responded a week later, on March 31, 2020, and stated that he was "working with ZZX" to provide that information. No further response was ever made by any representative from ZZX. To the best of my knowledge, ZZX has never provided the requested information to FTI.

4. Separately, to the extent relevant, and based on publicly available media reports, I am informed and believe that Nanjing, China—where ZZX's offices are located, *see* Dkt. 210 ¶15—lifted its COVID-19 related quarantine orders no later than March 22, 2020 (*see, e.g.* https://www.forbes.com/sites/jamesasquith/2020/03/21/no-new-coronavirus-local-cases-china-is-reopening-its-tourist-attractions/#7582182f2488), which is three days before FTI requested the operating system version information. Thus public health orders related to COVID-19 cannot explain ZZX's non-response to FTI.

//

//

//

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.

3

4
   Dated: May 1, 2020
5
                                                              _____
6                                                             Michael F. LaFond